UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CRIMINAL ORDER OF REFERRAL

------------------------------------------------------------X

The Clerk of Court is directed to refer all criminal cases, at the time of filing, to the magistrate judge assigned to each case for the purposes of conducting bail hearings and arraignments.

SO ORDERED.

Dated: Central Islip, New York
       July 24, 2009

                                                        _____
                                                        ARTHUR D. SPATT, U.S.D.J.