# JOHN S. WALLENSTEIN

## Attorney at Law
## 1100 Franklin Avenue
## Garden City, New York 11530
## (516) 742-5600  Fax (516)742-5040
### email: jswallensteinesq@aol.com

September 9, 2015

**VIA ECF**
Hon. Joseph F. Bianco
United States District Court, EDNY
920 Federal Plaza
Central Islip, New York 11722

> Re:   United States v. Michael Smith
>         Indictment # 14 CR 485 (JFB)

Dear Judge Bianco;

I represent Defendant Michael Smith in the captioned Indictment. This matter is set for decision on September 14, 2015. That date is Rosh Hashanah, and I will not be available.

We respectfully request that the Court reschedule this appearance to September 22 at 10:30 AM. Ms. Savona confirms the Court's availability, and AUSA Christopher Caffarone has no objection.

As we have already set a trial date and the operation of the Speedy Trial Act has been waived until October 26,  no additional waiver is necessary.

Thank you for your courtesy and consideration.

Respectfully yours,

JOHN S. WALLENSTEIN

JSW/hs
cc:    AUSA Christopher Caffarone (by ECF)