FILED
IN CLERK'S OFFICE
US DISTRICT COURT E D N Y

★ MAY 05 2016 ★

LONG ISLAND OFFICE

RECEIVED CR14-485
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 04 2016 ★

LONG ISLAND OFFICE

ATTN: Hon. Joseph F. Bianco

My name is Latoya Hassan, girlfriend of Michael T. Smith 4/14/84. I would like to request your approval on a marriage to take place, with this individual that is being held in MDC brooklyn NY 11232 his account number is #06808-748

Thank you!

Latoya Hassan
312 Cypress drive
Mastic beach NY 11951

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 04 2016 ★
LONG ISLAND OFFICE

ATTNition. Joseph F. Bianco
100 federal plaza
Central Islip NY 11722

11722443800