## CRIMINAL CAUSE FOR STATUS CONFERENCE

BEFORE JUDGE BIANCO,

DATE: 12/6/17          TIME: 1:55 p.m.     TIME IN COURT 10 min.

DOCKET NUMBER: CR 14-0485    TITLE: USA v. Michael Smith

DEFT NAME: Michael Smith              DEFT: #1
 X  PRESENT    NOT PRESENT     X  IN CUSTODY    __ ON BAIL

ATTY FOR DEFT: Anthony LaPinta/Murray Singer    RETAINED
                                                X  C.J.A.
 X PRESENT         NOT PRESENT          FED. DEF. OF NY, INC.


A.U.S.A.: Mark Misorek/Chris Caffarone   DEPUTY CLERK: Jim Toritto


COURT REPORTER:  PERRY AUERBACH    ELLEN COMBS    PAUL LOMBARDI
 X  MARIE FOLEY   DOM TURSI    OWEN WICKER   FRED GUERINO

INTERPRETER: _____

 X    CASE CALLED; COUNSEL FOR ALL SIDES PRESENT.

___    FIRST APPEARANCE OF DEFENDANT.

___    DEFT(S) STATES TRUE NAME TO BE: _____

___    DEFT(S) ARRAIGNED, WAIVE(S) READING OF THE SUPERSEDING INDICTMENT, AND ENTER(S) A NOT GUILTY PLEA TO THE SUPERSEDING INDICTMENT.

___    WAIVER OF INDICTMENT EXECUTED.

___    CASE ADJOURNED TO

___    BAIL CONTINUED FOR DEFENDANT.

 X    DEFT. CONTINUED IN CUSTODY.

___    ORDER OF DETENTION ENTERED.

___    BAIL SET AT _____

```
____    MOTIONS TO BE FILED BY_____

____    GOVERNMENT'S RESPONSE DUE_____

____    REPLY PAPERS, IF ANY, DUE_____

__      ORAL ARGUMENT SET FOR_____

__  SPEEDY TRIAL INFORMATION:
    CODE TYPE:   X-T            START DATE: //2017  XSTRT
                                STOP DATE:  //2017  XSTOP

 X   SENTENCING SET FOR 1/10/18 at 1:00 pm
```